May 31, 1960.

No. 837, Misc.   Biggs *v.* Hastings, Chief Judge, U. S. Court of Appeals for the Seventh Circuit, et al. Motion for leave to file petition for writ of mandamus denied.

No. 843, Misc.   Streit *v.* Buchheit. Motion for leave to file petition for writ of certiorari denied.

No. 384, Misc.   Reynolds *v.* Cochran, Director of Division of Corrections. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari to the Supreme Court of Florida granted. Petitioner is permitted to proceed *in forma pauperis* and case transferred to appellate docket. Petitioner *pro se*. *Richard W. Ervin,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent.

No. 837.   Silverman et al. *v.* United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Edward Bennett Williams* and *Agnes A. Neill* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

Nos. 75, 479 and 872.   Travis *v.* United States. C. A. 10th Cir. Certiorari granted. *Telford Taylor* and *Nathan Witt* for petitioner. *Solicitor General Rankin, Assistant*

801

*Attorney General Yeagley, Philip R. Monahan* and *Kevin T. Maroney* for the United States.

---

No. 866. NATIONAL LABOR RELATIONS BOARD *v.* RADIO & TELEVISION BROADCAST ENGINEERS UNION, LOCAL 1212, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO. C. A. 2d Cir. Certiorari granted. *Solicitor General Rankin, Stuart Rothman* and *Dominick L. Manoli* for petitioner. *Robert Silagi* for respondent.

No. 875. CARBO *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 453, Misc. NEWSOM *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Appeals of Virginia granted. Case transferred to appellate docket. Petitioner *pro se. A. S. Harrison, Jr.*, Attorney General of Virginia, and *Thomas M. Miller*, Assistant Attorney General, for respondent.

---

No. 790. ALUMINUM COMPANY OF AMERICA *v.* LOVEDAY ET AL. C. A. 6th Cir. Certiorari denied. *Frank L. Seamans, William H. Eckert* and *R. R. Kramer* for petitioner. *John P. Davis, Jr., Richard L. Carson* and *J. H. Doughty* for respondents.